AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whaley, Robert H. | United States District Court | 06/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Court Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

United States District Court
P.O. Box 283
Spokane, WA 99210-0283

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | University Trustee | Eastern Washington University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2013 | Eastern Washington University, Trustee Salary | $2,520.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mass Mutual | Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS ULTRA ACCOUNT: | | | | | | | | | |
| 2. -Core Cash Account | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. FRANKLIN TEMPLETON: | | | | | | | | | |
| 5. -Templeton Developing Mrkts Trust Mut Fd | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. BNY MELLON: | | | | | | | | | |
| 8. -Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 11. -NH Aggressive Growth Portfolio (Fidelity FDS) (See VIII) | | None | J | T | Buy (add'l) | 01/31/13 | J | | |
| 12. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 13. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 14. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 15. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 16. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 17. | | | | | Buy (add'l) | 07/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 19. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 20. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 21. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 22. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 23. | | | | | | | | | |
| 24. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 25. -NH Aggressive Growth Portfolio (Fidelity FDS) (See VIII) | None | | J | T | Buy (add'l) | 01/31/13 | J | | |
| 26. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 27. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 28. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 29. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 30. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 31. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 32. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 33. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 34. | | | | | Buy (add'l) | 10/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 36. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 37. | | | | | | | | | |
| 38. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 39. -NH Aggressive Growth Portfolio (Fidelity FDS) (See VIII) | None | J | T | | Buy (add'l) | 01/31/13 | J | | |
| 40. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 41. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 42. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 43. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 44. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 45. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 46. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 47. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 48. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 49. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 50. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 53. -NH Aggressive Growth Portfolio (Fidelity FDS) (See VIII) | | None | J | T | Buy (add'l) | 01/31/13 | J | | |
| 54. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 55. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 56. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 57. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 58. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 59. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 60. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 61. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 62. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 63. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 64. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 65. | | | | | | | | | |
| 66. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 67. -General Electric Common Stock | A | Dividend | K | T | | | | | |
| 68. -Fidelity New Markets Income Mutual Fund | A | Dividend | | | Sold | 07/23/13 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Sprtn Total Mkt Indx FID Advantage Class Mutual Fund | B | Dividend | M | T | Buy | 07/23/13 | M | | |
| 70. -Fidelity Four in One Index Mutual Fund | D | Dividend | N | T | | | | | |
| 71. -Dreyfus Internat'l Bond Fund Cl 1 Mutual Fund | A | Dividend | | | Sold | 06/03/13 | K | D | |
| 72. -First Eagle Global Class A Mutual Fund | C | Dividend | M | T | | | | | |
| 73. -Vanguard Star Investor Class Mutual Fund | A | Dividend | | | Sold | 07/23/13 | M | D | |
| 74. -Vanguard Wellington Mutual Fund | D | Dividend | M | T | | | | | |
| 75. -Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. FIDELITY INVESTMENTS: | | | | | | | | | |
| 78. -Amgen Inc. Common Stock | A | Dividend | K | T | | | | | |
| 79. -The Ben Franklin Fed S&L Ass'n Common Stock | | None | | | Distributed | 04/29/13 | J | | |
| 80. -Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 81. -Zimmer Holdings Inc. Common Stock | A | Dividend | J | T | | | | | |
| 82. -Fidelity Canada Mutual Fund | | None | | | Sold | 07/24/13 | J | | |
| 83. -Fidelity New Markets Income Mutual Fund | A | Dividend | | | Sold | 07/22/13 | J | | |
| 84. -Fidelity Capital & Income Mutual Fund | A | Dividend | | | Sold | 04/30/13 | K | | |
| 85. -Sprtn Total Mkt Indx FID Advantage Class Mutual Fund | A | Dividend | K | T | Buy | 07/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fidelity Low-Priced Stock Mutual Fund | D | Dividend | M | T | | | | | |
| 87. -Fidelity Strategic Income Mutual Fund | A | Dividend | | | Sold | 04/30/13 | J | | |
| 88. -Oakmark Global Fund 1 Mutual Fund | A | Dividend | | | Sold | 04/30/13 | J | A | |
| 89. -Vanguard Balanced Index Investor Class Mutual Fund | C | Dividend | M | T | | | | | |
| 90. -Vanguard Wellington Investor Mutual Fund | E | Dividend | N | T | | | | | |
| 91. -Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 92. | | | | | | | | | |
| 93. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 94. -Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 95. -Fidelity New Markets Income Mutual Fund | B | Dividend | K | T | | | | | |
| 96. -Sprtn Total Mkt Indx FID Advantage Class Mutual Fund | A | Dividend | L | T | Buy | 07/24/13 | L | | |
| 97. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 98. -Fidelity Strategic Income Mutual Fund | B | Dividend | K | T | | | | | |
| 99. -Dreyfus Int'l Bond Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 100. -Oakmark Equity & Income Mutual Fund | | None | | | Sold | 07/23/13 | L | D | |
| 101. | | | | | | | | | |
| 102. Bank of America Money Market Fund | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

▢ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Ltd. Partner, Deming & Ass., Roswell, NM (HUD) Project)(See VIII) | | None | | | Distributed | | J | | |
| 104. | | | | | | | | | |
| 105. MassMutual: GP Life at 69 | A | Int./Div. | K | T | | | | | |
| 106. | | | | | | | | | |
| 107. MassMutual: Whole Life | | None | L | T | | | | | |
| 108. | | | | | | | | | |
| 109. New York Life: | | None | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. CBSS, LLC | | None | | | Sold | 12/19/13 | K | | |
| 112. CBSSKII, LLC | | None | K | U | Buy | 12/19/13 | K | | |
| 113. | | | | | | | | | |
| 114. FIDELITY ROTH IRA (Y): | | | | | | | | | |
| 115. -Oakmark Global Fund Mutual Fund (Y) | | | | | | | | | |
| 116. -Cash Reserves (Y) | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FIDELITY GENERAL INVESTMENTS (Y): | | | | | | | | | |
| 121. -Fidelity Canada Mutual Fund (Y) | | | | | | | | | |
| 122. -Fidelity Total Bond Mutual Fund (Y) | | | | | | | | | |
| 123. -Fidelity Strategic Income Mutual Fund (Y) | | | | | | | | | |
| 124. -Vanguard Wellington Investor Mutual Fund (Y) | | | | | | | | | |
| 125. -Cash (Y) | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. WELLS FARGO: | | | | | | | | | |
| 128. -American Balanced Fund Mutual Fund | B | Dividend | L | T | | | | | |
| 129. -Capital Income Builder Mutual Fund | A | Dividend | K | T | | | | | |
| 130. -Income Fund of America Mutual Fund | A | Dividend | K | T | | | | | |
| 131. -Investment Company of American Mutual Fund | D | Dividend | M | T | | | | | |
| 132. -Cash | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 06/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4, Line 11: Name of fund was corrected from 100% Equity Contribution to Aggressive Growth Portfolio.

Page 5, Line 25: Name of fund was corrected from 100 % Equity Contribution to Aggressive Growth Portfolio.

Page 6, Line 39: Name of fund was corrected from 100% Equity Contribution to Aggressive Growth Portfolio.

Page 7, Line 53: Name of fund was corrected from 100% Equity Contribution to Aggressive Growth Portfolio.

Page 10, Line 103, listing as Ltd Partner, Deming & Ass., Roswell, NM (HUD Project): This entry should have been listed in the 2012 report as distributed in December 2012, Value J, at a loss. It will not be listed next year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert H. Whaley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544